John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 830105

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

## NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-20207 | 005-0 | AARON BERNARD GOLDEN<br>Original Check written to:<br>ELYSIAN FIELDS ISD<br>TAX COLLECTOR<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxx20.0 | 0.00 | 7.34 | 0.00 | 7.34 |
| 06-60065 | 007-0 | DONALD RANDOLPH GILBERT<br>Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx7175 | 127.67 | 22.35 | 0.00 | 22.35 |
| 06-60065 | 008-0 | DONALD RANDOLPH GILBERT<br>Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx3454 | 76.59 | 13.41 | 0.00 | 13.41 |
| 07-60170 | 006-0 | DEAN J. MARQUEZ<br>Original Check written to:<br>FIRST AMERICAN INVESTMENT COMPANY, LLC<br>2809 WEHRLE DRIVE, SUITE 1<br>WILLIAMSVILLE, NY  14221-7383 | xxxxxxxxxxxxxxxxxxx8086 | 612.79 | 19.31 | 0.00 | 19.31 |
| 07-60170 | 022-0 | DEAN J. MARQUEZ<br>Original Check written to:<br>PORTFOLIO ACQUISITIONS, LLC.<br>C/O OSI COLLECTION SERVICES, INC.<br>PO BOX 947<br>BROOKFIELD, WI  53008 | xxxxxxxxxxxx1741 | 181.80 | 5.73 | 0.00 | 5.73 |
| 07-60170 | 999-0 | DEAN J. MARQUEZ<br>Original Check written to:<br>DEAN J. MARQUEZ<br>271 E. MAIN<br>VAN, TX  75790 | | 0.00 | 500.00 | 0.00 | 500.00 |
| 10-60702 | 007-0 | ANDREW R. WALKER<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS<br>BKY PMT PROCESS MAC# X2302-04C<br>DES MOINES, IA  50328- | 1389 | 8,294.93 | 0.00 | 1.47 | 1.47 |